**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2311**

_____

PERNORRIS TAYLOR, SR.,

Plaintiff - Appellant,

versus

DAILY PLANET; MR. MALVEN,

Defendants - Appellees.

_____

**No. 01-2417**

_____

PERNORRIS TAYLOR, SR.,

Plaintiff - Appellant,

versus

DEPARTMENT OF SOCIAL SERVICES; KAREN JUNGER,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge. (CA-01-713-3, CA-01-762-3)

_____

Submitted:  January 31, 2002          Decided:  February 6, 2002

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Pernorris Taylor, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pernorris Taylor appeals from two district court orders dismissing without prejudice his civil complaints for failure to comply with Fed. R. Civ. P. 8, which requires a short, plain statement of the facts giving rise to each claim. Because Taylor can amend his complaints in both cases by compliance with Rule 8, and a dismissal without prejudice is generally unappealable, we dismiss the appeal. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED